## COWELL ag$^t$ PEARS

Joseph Cowell or his lawfull Attourny plaint. ag$^t$ Samuel Pears Settworke Cooper Defend$^t$ in an action of a debt of Seventy pounds lawfull mony of New-England due by bond bearing date the. 26th day of Novemb$^r$ 1674. as under the aboues$^d$ Samuel Pears his hand & Seale may appeare, w$^{th}$ all due damages according to attachm$^t$ dat$^d$ april: 15th 1676. . . . [368] The Jury . . . founde for the plaint. the Forfiture of the bond Seventy pounds in mony & costs of Court. The Defendant moved for a Chancery, upon w$^{ch}$ the bench chancere'd the bond to the condition of the obligation being thirty Five pounds in mony & costs of Court twenty Five Shillings four pence

Execucion issued April: 28° 1676.

## PHILLIPS ag$^t$ SMITH

Eleazer Phillips plaint. ag$^t$ John Smith of Lyn Defend$^t$ in an action of debt of Six pounds in mony or thereabout due unto him the s$^d$ Phillips for Four pounds in mony, a musket, Sword & belt, powder bagg, powder & bullets, which hee received from him the s$^d$ Phillips about the month of October last, upon condition that hee would Serve him in the Service of the Country as a Soldier at Blackpoint; after the receipt of which hee never went forth, but absented himselfe from the s$^d$ Service whereby the s$^d$ Phillips is greatly damnified for want of his mony armes & ammunition & is also liable to bee impressed again w$^{th}$ other due damages according to attachm$^t$ Dat$^d$ February. 8th 1675. . . . The Jury . . . founde for the plaint. Four pounds in mony & his armes or Six pounds in mony & costs of Court being twenty Six Shillings.

Execucion issued may: 16. 1676.